IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| JOSHUA ISAACS, On Behalf of Himself and All Others Similarly Situated, ) ) ) | |
| *Plaintiff*, ) | COLLECTIVE ACTION |
| ) | CASE NO. 3:23-cv-00210 |
| v. ) | |
| ) | JUDGE ALETA A. TRAUGER |
| LANDMARK RECOVERY OF LOUISVILLE, LLC, ) ) | JURY DEMAND |
| ) | |
| *Defendant*. ) | |

### JOINT MOTION FOR PERMISSION FOR OUT-OF-TOWN COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE TELEPHONICALLY

The Parties to this action are represented by out-of-town counsel as well as counsel from Nashville. Out of town counsel for both sides prefer to participate in the May 22, 2023, initial case management conference (Doc. No. 4) telephonically, if acceptable to this Court. Accordingly, pursuant to Section II, C of this Court's Practice and Procedure Manual, the Parties jointly request permission for their out-of-town counsel to participate in the initial case management conference telephonically.

Counsel for the Parties who reside locally prefer to participate in this initial case management conference of this matter in person, as opposed to requiring all counsel to participate telephonically.

/s/ David W. Garrison
**DAVID W. GARRISON (TN Bar No. 24968)**
**JOSHUA A. FRANK (TN Bar No. 33294)**
**NICOLE A. CHANIN (TN Bar No. 40239)**
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Facsimile: (615) 252-3798
dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com

/s/ Jonathan O. Harris (with permission by DWG)
**Jonathan O. Harris**
Jackson Lewis P.C.
611 Commerce St., Suite 3102
Nashville, TN 37203
Email: jonathan.harris@jacksonlewis.com

**Allison Gluvna Folk**
Jackson Lewis P.C.
6100 Oak Tree Blvd Suite 400
Cleveland, OH 44131
Nashville, TN 37203