UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOSHUA ISAACS**, on behalf of himself and others similarly situated, | : : | **CASE NO. 3:23-CV-00210** |
| Plaintiff, | : : | **JUDGE ALETA A. TRAUGER** |
| v. | : : | |
| **LANDMARK RECOVERY OF LOUISVILLE, LLC**, *et al.*, | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **JAMES BLACK**, on behalf of himself and others similarly situated, | : : : | **CASE NO. 3:23-CV-00217** |
| Plaintiff, | : : | |
| v. | : : | |
| **LANDMARK RECOVERY OF LOUISVILLE, LLC**, *et al.*, | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **MARANDA HALE**, on behalf of herself and others similarly situated, | : : | **CASE NO. 3:25-CV-00312** |
| Plaintiff, | : : | |
| v. | : : | |
| **LANDMARK RECOVERY OF LOUISVILLE, LLC**, *et al.*, | : : : | |
| Defendants. | : | |

# JOINT MOTION FOR APPROVAL OF FLSA COLLECTIVE ACTION SETTLEMENT AND JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' RULE 23 CLASS ACTION CLAIMS

Named Plaintiffs Joshua Isaacs, James Black, and Maranda Hale ("Named Plaintiffs") and Defendants Landmark Recovery of Louisville, LLC, Landmark Recovery of Ohio, LLC, Matt Boyle, Clifford F. Boyle, and A.J. Henry (collectively "Defendants") (collectively, Named Plaintiff and Defendants referred to as the "Parties") respectfully move this Court for an Order approving their Fair Labor Standards Act ("FLSA") collective action settlement. The Parties also move this Court to dismiss Plaintiffs' class action claims for violation of Kentucky state law in accordance with Rule 23(e) of the Federal Rules of Civil Procedure.

The settlement was reached by experienced wage and hour counsel after arms-length, good-faith settlement negotiations with a neutral third-party mediator. The settlement reached resolves claims in all three related cases against Defendants. Named Plaintiffs Isaacs and Hale allege that Defendants failed to pay them and other direct care employees all overtime earned because employees did not receive bona fide meal breaks. Named Plaintiff Black alleges that Defendants failed to pay him and other Intake Patient Engagement Specialists all overtime earned because Defendants misclassified them as exempt from overtime compensation. Defendants dispute these allegations in their entirety. The Parties respectfully request that the Court approve this settlement because it reflects a fair and reasonable compromise of contested issues. The Parties engaged in discovery focused on exchanging the necessary information to equip them to negotiate a resolution of Plaintiffs' claims. Ultimately, the Parties reached a final agreement on all material issues, amounts to be paid as wages and damages to each of the Plaintiffs for their FLSA claims in each of the three cases, a service award for each of the Named Plaintiffs, and payment of Plaintiffs' attorneys' fees, costs, and expenses.

The Parties are satisfied that the terms of the resulting Settlement Agreement are fair and reasonable. Because the Settlement Agreement submitted for the Court's approval fully and finally resolves the claims at issue in these actions, the Parties further request that the Court dismiss Plaintiffs' FLSA actions with prejudice. The Parties request that this Court dismiss Plaintiffs' Rule 23 class action claims without prejudice, in accordance with Rule 23(e) of the Federal Rules of Civil Procedure. In support of this Motion, the Parties have filed a supporting memorandum setting forth the fairness and appropriateness for each of the material terms of this proposed settlement.

Dated: May 21, 2025

Respectfully Submitted,

*/s/ Matthew J.P. Coffman*
**COFFMAN LEGAL, LLC**
Matthew J.P. Coffman (OH Bar No. 0085586)
(admitted *pro hac vice*)
Tristan T. Akers (OH Bar No. 0102298)
(admitted *pro hac vice*)
1550 Old Henderson Rd
Suite #126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
Email: mcoffman@mcoffmanlegal.com
khendren@mcoffmanlegal.com
takers@mcoffmanlegal.com

*/s/ David W. Garrison*
**BARRETT JOHNSTON MARTIN & GARRISON, PLLC**
David W. Garrison (TN Bar No. 24968)
Joshua A. Frank (TN Bar No. 33294)
Nicole A. Chanin (TN Bar No. 40239)
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Phone: 615-244-2202
Fax: 615-252-3798
Email: dgarrison@barrettjohnston.com
jfrank@barrettjohnston.com
nchanin@barrettjohnston.com

*Attorneys for Named Plaintiffs and those similarly situated.*

*/s/ Rebecca W. Demaree*
**REBECCA W. DEMAREE**
**VICTORIA L. ROHLOFF**
**JASON K. MURRIE**
CORNELIUS & COLLINS, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
Telephone: (615) 244-1440
rwdemaree@cclawtn.com
vlrohloff@cclawtn.com
jkmurrie@cclawtm.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of this *Joint Motion for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice* was filed electronically with the Clerk's office by using the CM/ECF system on May 21, 2025. Defendants' counsel was served with this filing by operation of the Court's CM/ECF system as indicated below:

**REBECCA W. DEMAREE**
**VICTORIA L. ROHLOFF**
**JASON K. MURRIE**
CORNELIUS & COLLINS, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
Telephone: (615) 244-1440
rwdemaree@cclawtn.com
vlrohloff@cclawtn.com
jkmurrie@cclawtm.com

*Attorneys for Defendants*

      */s/ Matthew J.P. Coffman*
      Matthew J.P. Coffman