UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSHUA ISAACS, on behalf of himself and others similarly situated, | : : | CASE NO. 3:23-CV-00210 |
| Plaintiff, | : : | JUDGE ALETA A. TRAUGER |
| v. | : : | |
| LANDMARK RECOVERY OF LOUISVILLE, LLC, *et al.*, | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAMES BLACK, on behalf of himself and others similarly situated, | : : : | CASE NO. 3:23-CV-00217 |
| Plaintiff, | : : | |
| v. | : : | |
| LANDMARK RECOVERY OF LOUISVILLE, LLC, *et al.*, | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| MARANDA HALE, on behalf of herself and others similarly situated, | : : | CASE NO. 3:25-CV-00312 |
| Plaintiff, | : : | |
| v. | : : | |
| LANDMARK RECOVERY OF LOUISVILLE, LLC, *et al.*, | : : : | |
| Defendants. | : | |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' RULE 23 CLASS ACTION CLAIM**

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Collective Action Settlement and Joint Motion for Dismissal without Prejudice of Plaintiff Joshua Isaacs's Rule 23 Class Action Claim ("Motion"). The Motion is supported by the Parties' memorandum and declaration in support thereof and therefore is GRANTED. The Court finds that the Settlement is a fair and reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act. Accordingly, the Parties' settlement is APPROVED. The Court retains jurisdiction over the actions to enforce the terms of the Settlement, including the administration of the settlement and the distribution process.

Additionally, the Parties have moved for dismissal of Plaintiff Joshua Isaacs' Kentucky state law class action claim, in accordance with Rule 23(e) of the Federal Rules of Civil Procedure. This claim was only asserted in the *Isaacs* action and only affects putative plaintiffs of the Kentucky class in that action. For good cause shown, Plaintiffs' Rule 23 claims are dismissed without prejudice.

**IT IS SO ORDERED**:

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE